ACCEPTED
04-15-00035-CV
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
7/23/2015 4:17:05 PM
KEITH HOTTLE
CLERK

**No. 04-15-00035-CV**

IN THE COURT OF APPEALS
FOURTH JUDICIAL DISTRICT
SAN ANTONIO, TEXAS

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
07/23/2015 4:17:05 PM
KEITH E. HOTTLE
Clerk

*Ark Dimension 4, Inc. and Robert Pospisil,*
*Appellants*

*v.*

*Michelle Griffith, Personal Representative of the Estate of Del O. Amy, Deceased,*
*Appellee*

Appealed from 216th Judicial District Court, Gillespie County, Texas
Trial Court No. 12575A
Honorable N. Keith Williams, Judge Presiding

## MOTION TO EXTEND ABATEMENT OF APPEAL PENDING FINALIZATION OF SETTLEMENT

Appellants, Ark Dimension 4, Inc. and Robert Pospisil, file this Motion to Extend Abatement of Appeal Pending Finalization of Settlement, and respectfully show as follows:

1.     The parties have recently entered into a tentative agreement to fully and finally settle the lawsuit giving rise to this Appeal. The settlement will be finalized upon the closing of a real estate transaction which, as of the filing of this Motion, has not occurred.  Appellees are not parties to the transaction in question but have been informed that closing should occur within the next thirty days. The Court has previously abated the appeal pending finalization of the settlement.

2.     The parties expect that the settlement of this case will be finalized in approximately 30 to 60 days, at which time they will file a joint motion to dismiss this Appeal.

3.     For the foregoing reasons, the parties request the Court to extend the abatement in this Appeal pending finalization of the settlement.

1

WHEREFORE, Appellants and Appellee request this Court to extend the abatement of all deadlines in this Appeal pending finalization of the settlement and for such other relief to which they may be entitled.

Respectfully submitted,

BAYNE, SNELL & KRAUSE
1250 N.E. Loop 410, Suite 725
San Antonio, Texas 78209
Telephone: (210) 824-3278
Telecopier: (210) 824-3937
Email: dsnell@bsklaw.com


By:    /S/
      David C. "Clay" Snell
      State Bar No. 24011309
ATTORNEY FOR APPELLANTS


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been served upon Genevieve Klein Gold, The Nevins Law Firm, 206 W. Main Street, Fredericksburg, Texas 78624, on this the 23rd day of July, 2015.


      **/S/**
David C. "Clay" Snell